Form B 250E (12/09)

# United States Bankruptcy Court
## Western District Of Texas

In re __Premier General Holdings, Ltd.__ )  Case No. __10-50606__
Debtor* )
)  Chapter __7__
)
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __February 19, 2010__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk: P.O. Box 1439
                              San Antonio, TX 78295-1439

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:

           Elliott S. Cappuccio, Pulman, Cappuccio, Pullen & Benson, LLP

           2161 NW Military Hwy., Suite 400, San Antonio, TX 78213

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

GEORGE D. PRENTICE, (Clerk of the Bankruptcy Court)

Date: 2/23/2010      By: _Daniel Ra___ (Deputy Clerk)

---

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, Thomas O Caldwell (name), certify that on 2/24/10 (date), I served this summons and a copy of the involuntary petition on Premier General Holding (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]: Mark Wynne
11087 Rocky Trail
San Antonio, TX 78249

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 2/25/10   Signature /s/

Print Name : Thomas O Caldwell

Business Address: 101 Sturnberg
San Antonio TX 78204

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Western District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Premier General Holdings, Ltd. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>32036193210 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>11007 Rocky Trail<br>San Antonio, TX 78249-4146<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Bexar<br>ZIP CODE 78249 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 |
|---|

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2   Name of Debtor  Premier General Holdings, Ltd.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signature]  Managing Member
Signature of Petitioner or Representative (State title)
Dillon Water Resources, L.P.        2/19/10
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
11844 Bandera Road, PMB 411
Helotes, TX 78023

x /s/ [signature]       2/19/10
Signature of Attorney                 Date
Pulman, Cappuccio, Pullen & Benson, LLP
Name of Attorney Firm (If any)
2161 NW Military Hwy, Suite 400, San Antonio, TX 78213
Address
(210) 222-9494
Telephone No.

x /s/ [signature]
Signature of Petitioner or Representative (State title)
Dean Davenport                       2/19/10
Name of Petitioner                   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
19516 Scenic Loop Rd.,
Helotes, TX 78023

x /s/ [signature]       2/19/10
Signature of Attorney                 Date
Hall & Bates, L.L.P.
Name of Attorney Firm (If any)
115 E. Travis, Suite 700, San Antonio, TX 78205
Address
(210) 222-2000
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney        Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dillon Water Resources, L.P. | Judgment | 62,998,787.03 |
| Dean Davenport | Judgment | 749,493.15 |
| | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  62,998,787.03

____ continuation sheets attached

*Claims overlap by $749,493.15

# Open A New Involuntary Petition

## U.S. Bankruptcy Court

## Western District of Texas

Notice of Bankruptcy Case Filing

The following transaction was received from Cappuccio, Elliott entered on 2/19/2010 at 1:36 PM CST and filed on 2/19/2010
**Case Name:** Premier General Holdings, Ltd
**Case Number:** 10-50606
**Document Number:** 1

**Docket Text:**
Involuntary Petition under Chapter 7 ( Filing Fee: $ 299.00 ) Re: Premier General Holdings, Ltd Filed by Petitioning Creditor(s): Dillon Water Resources, LP, Dean Davenport. (Cappuccio, Elliott)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** K:\D\Dillon Water Resources\Premier General Holdings BR\Involuntary Petition - Second\Pleadings\Involuntary Petition - 2nd - Dillon-signed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=2/19/2010] [FileNumber=13696517-0
] [6d426419fd044b71f4060f0ef59c4ea4377c423622decc6adfbab0e677f4a399567
843b22d78e2a54aa41cdbba07a7af8ad02bd7efbdd34828fd369fc7fdabdd]]

**10-50606 Notice will be electronically mailed to:**

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

**10-50606 Notice will not be electronically mailed to:**

Dean Davenport
19516 Scenic Loop Road
Helotes, TX 78023

Dillon Water Resources, LP
11844 Bandera Road
PMB 411
Helotes, TX 78023

Premier General Holdings, Ltd
11007 Rocky Trail
San Antonio, TX 78249

# U.S. Bankruptcy Court
## Western District of Texas

Thank you. Your transaction in the amount of **$ 299.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **8917792**.

**Detail description:**
Involuntary Petition Chapter 7(10-50606) [misc,involp7] ( 299.00)

[Close window]