IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY NO. 10-50606-C |
| PREMIER GENERAL HOLDINGS, LTD. | § | CHAPTER 7 PROCEEDING |
|   Debtor | § | INVOLUNTARY |

**PREMIER GENERAL HOLDINGS, LTD.'S RESPONSE TO
INVOLUNTARY CHAPTER 7 PETITION AND MOTION TO DISMISS**

TO THE HONORABLE LEIF M. CLARK, UNITED STATES BANKRUPTCY JUDGE:

Now comes PREMIER GENERAL HOLDINGS, LTD., and files this Response to Chapter 7 Involuntary Petition (the "Involuntary Petition") Filed By Dillon Water Resources, LP and Dean Davenport (collectively, the "Petitioning Creditors") and would respectfully show unto the Court the following:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§301 et. seq. and 28 U.S.C. §157.

2. On or about February 19, 2010, the Petitioning Creditors filed the Involuntary Petition on behalf of Premier General Holdings, Ltd. ("Premier"), without its knowledge or permission.

3. Premier denies that it should be an involuntary debtor in this involuntary proceeding.

4. On March 17, 2010, Premier initiated its Chapter 11 bankruptcy proceeding which has been assigned Case No. 10-51005 in the U.S. Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Chapter 11 Proceeding") and an order for relief has been entered in that proceeding..

5. As a result of the pendency of the Chapter 11 Proceeding and the entry of an order for relief in the Chapter 11 Proceeding, an order for relief need not be entered in this proceeding and this Involuntary Petition should be dismissed.

WHEREFORE, PREMISES CONSIDERED, Premier General Holdings, Ltd., prays that the Court dismiss the Chapter 7 Involuntary Petition in this proceeding and dismiss this case and that the Court grant it such other and and further relief to which it may show itself to be justly entitled.

Respectfully submitted this 17th day of March, 2010

        LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
        4040 Broadway, Suite 450
        San Antonio, Texas 78209
        Telephone: (210) 829-1199
        Facsimile: (210) 821-1114

        By: /s/William B. Kingman
        William B. Kingman, State Bar No. 11476200

        **COUNSEL FOR**
        **PREMIER GENERAL HOLDINGS, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent on this 17th day of March, 2010 via the Court's ECF System and/or via U.S. First Class Mail, postage paid, to the following:

Premier General Holdings, Ltd.
11007 Rocky Trail
San Antonio, TX 78249

Dillon Water Resources, LP
11844 Bandera Rd
PMB 411
Helotes, TX 78023
**Petitioning Creditor**

Elliott S. Cappuccio
Pulman, Cappuccio, et al.
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213
**Counsel for Dillon Water Resources, LP**

Dean Davenport
19516 Scenic Loop Rd
Helotes, TX 78023
**Petitioning Creditor**

Tom Hall
Hall & Bates
115 E. Travis, Suite 700
San Antonio, TX 78205
**Counsel for Dean Davenport**       /s/William B. Kingman
                                                  William B. Kingman